**Order entered December 29, 2015**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-15-01548-CV

**JASON SANCHEZ, ET AL., Appellants**

**V.**

**AMERICAN HOMES 4 RENT EIGHT, LLC, Appellee**

On Appeal from the County Court at Law No. 2
Kaufman County, Texas
Trial Court Cause No. 15C-0035-2

## ORDER

We **GRANT** the court reporter's December 23, 2015 motion for an extension of time to file the reporter's record. The reporter's record shall be filed **WITHIN THIRTY DAYS** of the date of this order.

/s/    ELIZABETH LANG-MIERS
JUSTICE